■ In the Matter of HARRY PASIALIS, Deceased. PAUL ANAYANNIS; HENRY E. COLEMAN.— Motion for leave to appeal as a poor person denied, but the time of appellant to procure the record on appeal and appellant's points, is

enlarged to and including March 29, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.